IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| BRIAN H., | ) |
| | ) |
| | ) |
| Plaintiff | ) Case No. 5:19-CV-29 |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) By: Michael F. Urbanski |
| | )      Chief United States District Judge |
| Defendant | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on July 13, 2020, recommending that the plaintiff's motion for summary judgment be denied and the Commissioner's decision be affirmed. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (ECF No. 11) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 15) is **GRANTED**, the report and recommendation (ECF No. 17) is **ADOPTED in its entirety**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to all counsel of record.

Entered: August 4, 2020

Michael F. Urbanski
Chief United States District Judge

2